# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JEFFERY THEADORE DAVIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LEE RYKER, *Warden*, ) <br> ) <br> Respondent. ) <br> ) | Case No. 11-cv-1114 |

## O P I N I O N  &  O R D E R

Before the Court are Petitioner Jeffery Theadore Davis' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. 1), Motion for Leave to Proceed in forma pauperis (Doc. 2), Motion for Leave to File a Petition for Writ of Habeas Corpus and Additional Relief in Default Process (Doc. 3), and Petitioner's Request for Documents Pursuant to 28 U.S.C. § 2250 (Doc. 4). All of these documents were received by the Court on March 17, 2011. Petitioner also filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 with this Court on September 22, 2010, in case number 10-cv-1287. On January 26, 2011, the Court dismissed Petitioner's first Petition without prejudice upon finding that he had not properly exhausted his state court remedies. (10-cv-1287 Doc. 17).

From the face of Petitioner's instant Petition, it is clear that he again has failed to exhaust his state court remedies, as he indicates that his direct appeal with the Fourth Judicial Circuit Court of Appeal remains "pending" (Doc. 1 at 2). Accordingly, for the reasons stated in this Court's Order and Opinion of January 26,

2011, Petitioner's Petition (Doc. 1) must be dismissed until such time as Petitioner exhausts all state court remedies. Because his Petition has been dismissed, Petitioner's Motion for Leave to Proceed in forma pauperis (Doc. 2) is rendered MOOT. Likewise, Petitioner's Motion for Leave to File a Petition for Writ of Habeas Corpus and Additional Relief in Default Process (Doc. 3) and Request for Documents (Doc. 4) are DENIED.[1] IT IS SO ORDERED.

CASE TERMINATED.

Entered this 22nd day of March, 2011.

                                                   s/ Joe B. McDade
                                                   JOE BILLY McDADE
                                        United States Senior District Judge

---

[1] In these two motions, Petitioner asks this Court to enter orders as part of his state court habeas proceedings. The Court has no jurisdiction to do so.